## ROSENBLATT et v BOSSE

Ohio Appeals, 1st Dist, Hamilton Co

Decided June 25, 1934

S. Geismar, Cincinnati, for plaintiffs in error.

LeBlond, Morrissey, Terry & Gilday, Cincinnati, for defendant in error.

For full opinion see 4 OO 159; 50 Oh Ap 449.

## RAY v BUEL et

Ohio Appeals, 5th Dist, Delaware Co

Decided April 2, 1935

E. J. Schanfarber, Columbus, and Robert L. Mellman, Columbus, for plaintiff in error.

Wickham & Wickham, Delaware, for defendants in error.

For full opinion see 4 OO 281; 50 Oh Ap 525.